In the Matter of THE MEADOWDALE COMPANY, Appellant, against HENRY M. LEE et al., Constituting the Board of Appeals of the Village of Bronxville, Respondents.

(Argued March 17, 1930; decided April 1, 1930.)

*Hunter McQuistion* and *Thomas J. Minturn* for appellant.

*Thomas G. Flaherty* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.